UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No.: 1:19-cr-99 |
| | ) |
| v. | ) District Judge Curtis L. Collier |
| | ) Magistrate Judge Christopher H. Steger |
| SAVANNAH PAIGE GRISSUM | ) |

## O R D E R

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 18) recommending that the Court: (1) accept Defendant's guilty plea to Count One of the one count Information; (2) adjudicate Defendant guilty of transporting in commerce an individual for the purpose of engaging in prostitution in violation of 18 U.S.C. § 2421; and (3) order that Defendant remain in custody pending further order of this Court. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation.

Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 18) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One of the one count Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of transporting in commerce an individual for the purpose of engaging in prostitution in violation of 18 U.S.C. § 2421;

3. Defendant **SHALL REMAIN** in custody until further order of this Court; and

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing in this matter, which is scheduled to take place on **February 26, 2020, at 2:00 p.m.** before the undersigned.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER
UNITED STATES DISTRICT JUDGE**